Harun Taskin
Kent Law Partners LLC
1701 E. Woodfield Rd., Ste. 820
Schaumburg, IL 60173
Phone: (312) 724-5555
htaskin@kentlawpartners.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Mirfayz Sobirov,

Plaintiff(s)

v.

Fereti Semaia, et al.,

Defendant(s).

CASE NUMBER

5:26-cv-04682

**~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Taskin, Harun
*Applicant's Name (Last Name, First Name & Middle Initial)*

312-724-5555
*Telephone Number*

312-7245--5555
*Fax Number*

htaskin@kentlawpartners.com
*E-Mail Address*

of

Kent Law Partners LLC
1701 E. Woodfield Rd., Ste. 820
Schaumburg, IL 60173
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Petitioner, Mirfayz Sobirov

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Petitioner

**and designating as Local Counsel**

Ramirez Crohn, Isai Eli
*Designee's Name (Last Name, First Name & Middle Initial)*

360125
*Designee's Cal. Bar No.*

323-408-0739
*Telephone Number*

*Fax Number*

isai@rcaimmigration.com
*E-Mail Address*

of

RCA IMMIGRATION, APC
611 S Catalina St., Ste. 222
Los Angeles, CA 90005
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ____________________

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because ____________________

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** 08/19/2026

**U.S. District Judge/U.S. Magistrate Judge**