UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MIRFAYZ SOBIROV,

Petitioner,

v.

FERETI SEMAIA, *et al.*,

Respondents.

Case No. 5:26-cv-04682-FLA (MBK)

**ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

**RULING**

On August 17, 2026, Petitioner Mirfayz Sobirov ("Petitioner," A# 244-051-580) filed the subject Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 ("Petition"), challenging his detention as a violation of, *inter alia*, the Due Process Clause of the Fifth Amendment, the Immigration and Nationality Act, and applicable regulations. Dkt. 1. Respondents did not file a response to the Petition.

On August 28, 2026, the assigned Magistrate Judge ordered Respondents to show cause ("OSC"), on or before August 31, 2026, why the Petition should not be granted as unopposed. Dkt. 9. Respondents did not file a response to the OSC.

On September 1, 2026, the Magistrate Judge issued a Report and Recommendation ("Report"), recommending this court grant the unopposed Petition

and issue a writ of *habeas corpus* requiring Petitioner's immediate release. Dkt. 10. In light of Respondents' failure to respond to the Petition and OSC, the Magistrate Judge waived the objection period and forwarded the Report to this court. *Id.* at 5.

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, the Report, and all relevant portions of the docket. As Respondents failed to respond to the Petition or OSC, the court agrees with the Magistrate Judge's waiver of the objection period. The court ACCEPTS and ADOPTS the findings and recommendation of the Magistrate Judge as modified below, GRANTS the Petition, and ORDERS as follows:

1) A writ of *habeas corpus* shall issue requiring Respondents to release Petitioner Mirfayz Sobirov (A# 244-051-580) immediately under the same conditions as he was released prior to his arrest and re-detention;
2) Respondents shall return all property to Petitioner that was confiscated from him when he was arrested and processed into detention; and
3) Respondents shall file a status report within three (3) calendar days of the docketing of this Order, confirming Respondents' compliance with this Order.

IT IS SO ORDERED.

Dated: September 3, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge