JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MIRFAYZ SOBIROV,

Petitioner,

v.

FERETI SEMAIA, *et al.*,

Respondents.

Case No. 5:26-cv-04682-FLA (MBK)

**JUDGMENT**

Pursuant to the Order Accepting and Adopting Findings and Recommendations of the United States Magistrate Judge, the court enters Judgment on the Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 (Dkt. 1) in Petitioner Mirfayz Sobirov's ("Petitioner," A# 244-051-580) favor and against Respondents.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 3, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge